American Heritage Federal
Credit Union
Attn: Bankruptcy
2060 Red Lion Rd
Philadelphia, PA 19115-1603

Aspire Credit Card
Attn: Bankruptcy
PO Box 105555
Atlanta, GA 30348-5555

Bank Of America
Attn: Bankruptcy
100 North Tryon St
Charlotte, NC 28255

Bird-in-Hand Bakery
2715 Old Philadelphia Pike
Bird In Hand, PA 17505

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Fnb Of Wyomn
838 N Market
Wilmington, DE 19899


Fst Premier
3820 N Louise Avenue
Sioux Falls, SD 57107


Hayt, Hyat & Landau LLC
2 Industrial Way West
PO Box 500
Eatontown, NJ 07724


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Joseph Mann & Creed
8948 Canyon Falls Blvd. Suite 200
Twinsburg, OH 44087


Kohl's
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043


Lancaster Farm Fresh
201 Running Pump Road
Lancaster, PA 17603


Leviton Law Firm
1 Pierce Place Suite 725 W
Itasca, IL 60143

Midland Credit Management
350 Camino De La Reina Suite 100
San Diego, CA 92108

Mission Financial Svcs
Attn: Bankruptcy
PO Box 2049
Corona, CA 92878

PA Turnpike Commission
Attn: Toll Enforcement
300 East Park Drive
Harrisburg, PA 17111

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

Pennsylvania Attorney
General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of
Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of
General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Penske
PO Box 827380
Philadelphia, PA 19182

PGW
Legal - Bankruptcy Unit
800 W. Montgomery Avenue Dept. 3rd
Floor
Philadelphia, PA 19122

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

RMP, LLC
8085 Knue Rd.
Indianapolis, IN 46250

Schwartz & Stafford, P.A.
2101 Sardis Road North
Charlotte, NC 28227

Scott & Associates
PO Box 115220
Carrollton, TX 75011

Selene Finance
Attn: Bankruptcy
PO Box 8619
Philadelphia, PA 19101-8619

Sls/equity
P. O. Box 10826
Greenville, SC 29603

Synchrony Bank/Care Credit
Bankruptcy
PO Box 965060
Orlando, FL 32896


Synchrony Bank/JCPenney
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896


Synchrony Bank/Lowes
Bankruptcy
PO Box 965060
Orlando, FL 32896


Transworld
ATTN Bankruptcy TRANSWORLD SYSTEMS
INC. PO BOX 15130
WILMINGTON, DE 19850-5130


U.S. Attorney, Eastern District
of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404


U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683


UNIFIN
P.O. Box 4519
Skokie, IL 60076


Unifund
Tsarouhis Law Group
21 S 9th Street
Allentown, PA 18102

Vericore, LLC
10115 Kincey Ave. Suite 100
Huntersville, NC 28078

VWI Subrogation, Inc
P.O. Box 4155
Sarasota, FL 34230

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus MAC X2303-01A 3rd Floor
Des Moines, IA 50328

WSFS Bank
500 Delaware Ave
Wilmington, DE 19801-1490