| Statement of Earnings For: | Jeanne Focht-Bhasin | | | | | MAST Community Charter School II 1800 Byberry Road Philadelphia, PA 19116 | | |
|---|---|---|---|---|---|---|---|---|
| Period Begin | 6/7/2025 | | | Employee Type | | | | |
| Period End | 6/20/2025 | Funding Sourc | 100 | Pay Group | Bi-Weekly | | | |
| Check Date | 6/27/2025 | Function Code | 1241 | | | | | |
| Federal Filing | Married Filing | Res State PA | | | | PA Exemptions | | PA Additional |
| Fed Exempts | | Work State PA | | | | | | |
| Fed Additional | | Local Filing | PSD Code: 510101 | | | Local Exemptions | | Local Additional |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V5855522 | $0.00 | $279.80 | $204.28 | |

### EARNINGS  *Not included in Totals  ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 16.2200 | 17.25 | 279.80 | 547.37 | 8,878.38 |
| *403b Mand s | | | 13.99 | | 449.60 |
| Stipend-ProfDev | | | 0.00 | | 113.54 |
| **Total:** | | **17.25** | **279.80** | **547.37** | **8,991.92** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 17.35 | 557.50 |
| MED EE | 4.05 | 130.38 |
| PA WH | 8.59 | 276.06 |
| PHILADELPHIA | 10.49 | 337.20 |
| PA SUI EE | 0.19 | 6.29 |
| **Total:** | **40.67** | **1,307.43** |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 403(b) Mand s | 13.99 | 449.60 |
| Mutual of Omaha | 20.86 | 250.32 |
| **Total:** | **34.85** | **699.92** |

### CURRENT PERIOD LEAVE ACCRUAL

### DISTRIBUTION OF NET PAY

| | | | |
|---|---|---|---|
| Checking | Account: ####4328 | Deposit Amount: | 204.28 |

---

THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK.

MAST Community Charter School II
1800 Byberry Road
Philadelphia, PA 19116

| CHECK DATE | VOUCHER ID |
|---|---|
| 6/27/2025 | V5855522 |

**TOTAL NET PAY**
********$204.28

Your entire Net pay of $204.28 has been deposited in your bank account(s).

**Jeanne Focht-Bhasin**
12802 Galdi Lane
PHILADELPHIA, PA 19154

**NOT NEGOTIABLE**

| Statement of Earnings For: | Jeanne Focht-Bhasin | | | | | MAST Community Charter School II |
|---|---|---|---|---|---|---|
| Period Begin | 5/24/2025 | Location ID | 1011 | Employee Number | | 1800 Byberry Road |
| Period End | 6/6/2025 | Funding Sourc | 100 | Pay Group | Bi-Weekly | Philadelphia, PA 19116 |
| Check Date | 6/20/2025 | Function Code | 1241 | | | |
| Federal Filing | Married Filing | Res State PA | | | PA Exemptions | PA Additional |
| Fed Exempts | | Work State PA | | | | |
| Fed Additional | | Local Filing | PSD Code: 510101 | | Local Exemptions | Local Additional |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V5838951 | $0.00 | $113.54 | $91.34 | |

EARNINGS   *Not included in Totals   ^Hrs/Units = Units (Units not included in Totals)    TAXES    DEDUCTIONS

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stipend-ProfDev | 15.0000 | | 113.54 | | 113.54 | SOC SEC EE | 7.04 | 540.15 | 403(b) Mand s | 5.68 | 435.61 |
| *403b Mand s | | | 5.68 | | 435.61 | MED EE | 1.65 | 126.33 | Mutual of Omaha | 0.00 | 229.46 |
| Regular | | | 0.00 | 530.12 | 8,598.58 | PA WH | 3.49 | 267.47 | | | |
| | | | | | | PHILADELPHIA | 4.26 | 326.71 | | | |
| | | | | | | PA SUI EE | 0.08 | 6.10 | | | |
| Total: | | 0.00 | 113.54 | 530.12 | 8,712.12 | Total: | 16.52 | 1,266.76 | Total: | 5.68 | 665.07 |

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

| | | | |
|---|---|---|---|
| Checking | Account: ####4328 | Deposit Amount: | 91.34 |

---

THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK.

MAST Community Charter School II
1800 Byberry Road
Philadelphia, PA 19116

| CHECK DATE | VOUCHER ID |
|---|---|
| 6/20/2025 | V5838951 |

**TOTAL NET PAY**

**********$91.34

Your entire Net pay of $91.34 has been deposited in your bank account(s).

**Jeanne Focht-Bhasin**
12802 Galdi Lane
PHILADELPHIA, PA 19154

**NOT NEGOTIABLE**

| Statement of Earnings For: | Jeanne Focht-Bhasin | | | | MAST Community Charter School II |
|---|---|---|---|---|---|
| Period Begin | 5/10/2025 | Company Id | ST11 | Employee Number | 1800 Byberry Road |
| Period End | 5/23/2025 | Funding Sourc | 100 | Pay Group   Bi-Weekly | Philadelphia, PA 19116 |
| Check Date | 5/30/2025 | Function Code | 1241 | | |
| Federal Filing | Married Filing | Res State PA | | PA Exemptions | PA Additional |
| Fed Exempts | | Work State PA | | | |
| Fed Additional | | Local Filing | PSD Code: 510101 | Local Exemptions | Local Additional |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V5795450 | $0.00 | $746.12 | $579.46 | |

| EARNINGS | | | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 16.2200 | 46.00 | 746.12 | 478.37 | 7,759.19 | SOC SEC EE | 46.26 | 481.07 | 403(b) Mand s | 37.31 | 387.96 |
| 403b Mand s | | | 37.31 | | 387.96 | MED EE | 10.82 | 112.51 | Mutual of Omaha | 20.86 | 208.60 |
| | | | | | | PA WH | 22.91 | 238.21 | | | |
| | | | | | | PHILADELPHIA | 27.98 | 290.97 | | | |
| | | | | | | PA SUI EE | 0.52 | 5.43 | | | |
| Total: | | 46.00 | 746.12 | 478.37 | 7,759.19 | Total: | 108.49 | 1,128.19 | Total: | 58.17 | 596.56 |

CURRENT PERIOD LEAVE ACCRUAL

DISTRIBUTION OF NET PAY

| | | | |
|---|---|---|---|
| Checking | Account: ####4328 | Deposit Amount: | 579.46 |

---

THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK.

MAST Community Charter School II
1800 Byberry Road
Philadelphia, PA 19116

| CHECK DATE | VOUCHER ID |
|---|---|
| 5/30/2025 | V5795450 |

**TOTAL NET PAY**

*********$579.46

Your entire Net pay of $579.46 has been deposited in your bank account(s).

**Jeanne Focht-Bhasin**
12802 Galdi Lane
PHILADELPHIA, PA 19154

**NOT NEGOTIABLE**

| Statement of Earnings For: | Jeanne Focht-Bhasin | | | | | MAST Community Charter School II | |
|---|---|---|---|---|---|---|---|
| Period Begin | 4/12/2025 | Company ID | 5141 | Employee Number | ███ | 1800 Byberry Road | |
| Period End | 4/25/2025 | Funding Sourc | 100 | Pay Group | Biweekly | Philadelphia, PA 19116 | |
| Check Date | 5/2/2025 | Function Code | 1241 | | | | |
| Federal Filing | Married Filing | Res State PA | | | | PA Exemptions | PA Additional |
| Fed Exempts | | Work State PA | | | | | |
| Fed Additional | | Local Filing | PSD Code: 510101 | | | Local Exemptions | Local Additional |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V5740314 | $0.00 | $651.23 | $503.13 | |

EARNINGS  *Not included in Totals  ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars | TAXES Description | Current | YTD | DEDUCTIONS Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 16.2200 | 40.15 | 651.23 | 380.62 | 6,173.68 | SOC SEC EE | 40.38 | 382.77 | 403(b) Mand s | 32.56 | 308.68 |
| *403b Mand s | | | 32.56 | | 308.68 | MED EE | 9.44 | 89.52 | Mutual of Omaha | 20.86 | 166.88 |
| | | | | | | PA WH | 19.99 | 189.53 | | | |
| | | | | | | PHILADELPHIA | 24.42 | 231.51 | | | |
| | | | | | | PA SUI EE | 0.45 | 4.32 | | | |
| Total: | | 40.15 | 651.23 | 380.62 | 6,173.68 | Total: | 94.68 | 897.65 | Total: | 53.42 | 475.56 |

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

| | | | |
|---|---|---|---|
| Checking | Account: ####4328 | Deposit Amount: | 503.13 |

---

THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK.

MAST Community Charter School II
1800 Byberry Road
Philadelphia, PA 19116

| CHECK DATE | VOUCHER ID |
|---|---|
| 5/2/2025 | V5740314 |

**TOTAL NET PAY**
********$503.13

Your entire Net pay of $503.13 has been deposited in your bank account(s).

**Jeanne Focht-Bhasin**
12802 Galdi Lane
PHILADELPHIA, PA 19154

**NOT NEGOTIABLE**