UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re:                                                                                          CASE NO.: 25-12648
                                                                                                      CHAPTER 13
**Anil K. Bhasin,**
   **Debtor.**

**Jeanne Focht-Bhasin,**
   **Joint Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorneys for Secured Creditor
13010 Morris Road, Suite 450
Alpharetta, GA   30004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Sherri Dicks
    Sherri Dicks
    Email: sdicks@raslg.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on July 15, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ANIL K. BHASIN
12802 GALDI LN
PHILADELPHIA, PA 19154-1521

JEANNE FOCHT-BHASIN
12802 GALDI LN.
PHILADELPHIA, PA 19154-1521

And via electronic mail to:

CIBIK LAW, P.C.
1500 WALNUT STREET, SUITE 900
PHILADELPHIA, PA 19102

SCOTT F. WATERMAN
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE., SUITE 100
READING, PA 19606

FREDERIC J. BAKER
ASSISTANT UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107

                                                By: /s/ Angela Gill