WWR# 041893828

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
AT PHILADELPHIA

| | |
|---|---|
| IN RE: | CASE NO. 25-12648-amc |
| JEANNE FOCHT-BHASIN | CHAPTER 13 |
| ANIL K BHASIN | JUDGE ASHELY M. CHAN |
| DEBTOR(S) | |

**REQUEST FOR NOTICE**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as Attorney for creditor, American Heritage Credit Union.

Please send all further communications, pleadings, court notices, and other documents intended for American Heritage Credit Union to undersigned Attorney.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ MILOS GVOZDENOVIC
MILOS GVOZDENOVIC
Attorney for Creditor
5990 West Creek Rd, Suite 200
CLEVELAND, OH 44131
877-338-9484
mgvozdenovic@weltman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 20th day of August, 2025 addressed to:

MICHAEL A CIBIK, Attorney for Debtor
HELP@CIBIKLAW.COM

SCOTT F WATERMAN, Trustee
2901 SAINT LAWRENCE AVE STE 10
READING, PA 19606


OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

JEANNE FOCHT-BHASIN
12802 GALDI LN
PHILADELPHIA,  PA 19154-1521


ANIL K BHASIN
12802 GALDI LN
PHILADELPHIA, PA 19154-1521


    Respectfully submitted,
    Weltman, Weinberg & Reis Co. LPA


    /s/ MILOS GVOZDENOVIC
    MILOS GVOZDENOVIC
    Attorney for Creditor
    5990 West Creek Rd, Suite 200
    CLEVELAND, OH 44131
    877-338-9484
    mgvozdenovic@weltman.com