| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 25-12648-AMC

Anil K Bhasin  
Jeanne Focht-Bhasin  
12802 Galdi Ln  
Philadelphia  PA    19154-1521

Petition Filed Date: 06/30/2025  
341 Hearing Date: 08/08/2025  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/29/2025 | $620.00 | | | | | | | |

**Total Receipts for the Period: $620.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,240.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE NA SUCCESSOR TO DISCOVER »»  001 | Unsecured Creditors | $523.74 | $0.00 | $0.00 |
| 2 | CAPITAL ONE NA SUCCESSOR TO DISCOVER »»  002 | Unsecured Creditors | $3,275.60 | $0.00 | $0.00 |
| 3 | PHILADELPHIA GAS WORKS »»  003 | Unsecured Creditors | $126.96 | $0.00 | $0.00 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC »»  004 | Unsecured Creditors | $585.05 | $0.00 | $0.00 |
| 5 | AMERICAN HERITAGE CREDIT UNION »»  005 | Secured Creditors | $8,108.78 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-12648-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,240.00 | Current Monthly Payment: | $620.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($620.00) |
| Paid to Trustee: | $68.20 | Total Plan Base: | $37,200.00 |
| Funds on Hand: | $1,171.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.