UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
|     Anil K Bhasin | Bankruptcy No.25-12648-AMC |
|     Jeanne Focht-Bhasin | |
|            Debtors | |

<u>CERTIFICATE OF SERVICE</u>

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 20th day of October, 2025, by first class mail upon those listed below:

Anil K Bhasin
12802 Galdi Ln
Philadelphia, PA  19154-1521

Jeanne Focht-Bhasin
12802 Galdi Ln
Philadelphia, PA

**<u>Electronically via CM/ECF System Only:</u>**

CIBIK LAW, PC
% MICHAEL A CIBIK ESQ
1500 WALNUT STREET STE 900
PHILADELPHIA, PA  19102

*/s/ Kristen Gliem*
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee