**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Anil K. Bhasin and<br>Jeanne Focht-Bhasin<br><br>　　　　　　　　　　Debtors. | Case No. 25-12648-AMC<br>Chapter 13 |

**Certificate of Service**

　　I, Michael A. Cibik, certify that on October 29, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

　　I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: October 29, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

### U.S. Trustee
Robert NC Nix, Sr. Federal Building 900 Market Street
Suite 320
Philadelphia, PA 19107

### Scott F. Waterman
Chapter 13 Trustee Office
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

### American Heritage Federal Credit Union
Attn: Bankruptcy
2060 Red Lion Rd
Philadelphia, PA 19115-1603

### Federal Home Loan Mortgage Corporation
c/o Selene Finance, LP
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

**Ashley Funding Services**
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Aspire Credit Card
Attn: Bankruptcy
PO Box 105555
Atlanta, GA 30348-5555

Bank Of America
Attn: Bankruptcy
100 North Tryon St
Charlotte, NC 28255

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

City of Philadelphia
c/o City of Philadelphia Municipal
Services Building 1401 John F
Kennedy Blvd Fl 5 Philadelphia, PA
19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Fnb Of Wyomn
838 N Market
Wilmington, DE 19899

**Fst Premier**
3820 N Louise Avenue
Sioux Falls, SD 57107

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Jefferson Capital Systems**
P.O. Box 7999
St. Cloud, MN 56302

**Kohl's**
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043

**Midland Credit Management, Inc.**
P.O. Box 2037
Warren, MI 48090

**Mission Financial Svcs**
Attn: Bankruptcy
PO Box 2049
Corona, CA 92878

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Dept. of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of
General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

PGW
Legal - Bankruptcy Unit
800 W. Montgomery Avenue. 3rd Floor
Philadelphia, PA 19122

**Philadelphia Municipal Court**
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**Portfolio Recovery Associates**
P.O. Box 41067
Norfolk, VA 23541

**Sls/equity**
P.O. Box 10826
Greenville, SC 29603

**Synchrony Bank**
Attn: Bankruptcy (various accounts)
P.O. Box 965060
Orlando, FL 32896

Transworld **Systems, Inc.**
Attn: Bankruptcy
P.O. BOX 15130
WILMINGTON, DE 19850-5130

U.S. Attorney, Eastern District
of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus MAC X2303-01A
3rd Floor
Des Moines, IA 50328

WSFS Bank
500 Delaware Ave
Wilmington, DE 19801-1490