

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

25-12648

DEBTOR(S):

ANIL K BHASIN

JEANNE FOCHT-BHASIN

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 12 IN THE AMOUNT OF $4,657.23

CREDITOR'S SIGNATURE:

*/s/ Brandie McCann*

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

11/21/2025