United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 25-12648-amc
Anil K Bhasin  Chapter 13
Jeanne Focht-Bhasin
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Nov 19, 2025      Form ID: 155      Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Anil K Bhasin, Jeanne Focht-Bhasin, 12802 Galdi Ln, Philadelphia, PA 19154-1521 |
| 15024989 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15024993 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15024996 | + | Sls/equity, P. O. Box 10826, Greenville, SC 29603-0826 |
| 15025000 | | Transworld, ATTN Bankruptcy TRANSWORLD SYSTEMS INC., WILMINGTON, DE 19850-5130 |
| 15025002 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15041097 | + | Email/Text: BKRMailOps@weltman.com | Nov 20 2025 00:34:00 | American Heritage Credit Union, c/o MILOS GVOZDENOVIC, Weltman, Weinberg, & Reis Co., LPA, 5990 West Creek Road, Suite 200, Independence, OH 44131-2191 |
| 15040951 | + | Email/Text: BKRMailOps@weltman.com | Nov 20 2025 00:34:00 | American Heritage Credit Union, c/o Weltman, Weinberg & Reis Co. LPA, 5990 West Creek Road, Suite 200, Independence, OH 44131-2191 |
| 15024977 | + | Email/Text: jvalencia@amhfcu.org | Nov 20 2025 00:34:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 15045658 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2025 00:41:30 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15024978 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 20 2025 00:33:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 15024979 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 20 2025 00:34:00 | Bank Of America, Attn: Bankruptcy, 100 North Tryon St, Charlotte, NC 28255-0001 |
| 15024981 | | Email/Text: megan.harper@phila.gov | Nov 20 2025 00:34:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15069721 | | Email/Text: megan.harper@phila.gov | Nov 20 2025 00:34:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15024980 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 20 2025 01:07:21 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15027335 | | Email/Text: mrdiscen@discover.com | Nov 20 2025 00:33:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 15024982 | | Email/Text: bankruptcy@philapark.org | | |

Case 25-12648-amc   Doc 36   Filed 11/21/25   Entered 11/22/25 00:38:28   Desc Imaged
                      Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 19, 2025 | Form ID: 155 | Total Noticed: 41 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 20 2025 00:34:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15029458 | + | Email/Text: RASEBN@raslg.com | Nov 20 2025 00:33:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15029479 | + | Email/Text: RASEBN@raslg.com | Nov 20 2025 00:33:00 | Federal Home Loan Mortgage Corporation, c/o SHERRI DICKS, Robertson Anschutz Schneid Crane &, Partners, PLLC, 130 Clinton Road, Lobby B, Suite 202, Fairfield, NJ 07004-2927 |
| 15044098 | + | Email/Text: bkteam@selenefinance.com | Nov 20 2025 00:33:00 | Federal Home Loan Mortgage Corporation, as, Trustee of the Freddie Mac SLST 2023-1, Participation Interest Trust - Selene, Finance LP 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 15024983 | + | Email/Text: Bankruptcy@wsfsbank.com | Nov 20 2025 00:34:00 | Fnb Of Wyomn, 838 N Market, Wilmington, DE 19801-3154 |
| 15024984 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 20 2025 00:39:49 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15024985 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 20 2025 00:33:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15038734 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 20 2025 00:34:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15024986 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 20 2025 00:52:04 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 15045675 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2025 00:40:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15044671 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 20 2025 00:34:00 | Midland Credit Management, Inc. as, agent for Midland Funding, LLC, PO Box 2037, Warren, MI 48090-2037 |
| 15024987 | ^ | MEBN | Nov 20 2025 00:32:19 | Mission Financial Svcs, Attn: Bankruptcy, PO Box 2049, Corona, CA 92878-2049 |
| 15024988 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 20 2025 00:34:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15024992 | ^ | MEBN | Nov 20 2025 00:32:07 | PGW, Legal - Bankruptcy Unit, 800 W. Montgomery Avenue Dept. 3rd Floor, Philadelphia, PA 19122-2806 |
| 15044678 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 20 2025 00:41:29 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15024990 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 20 2025 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15024991 | ^ | MEBN | Nov 20 2025 00:31:55 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15024994 | | Email/Text: bankruptcy@philapark.org | Nov 20 2025 00:34:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15024995 | | Email/Text: bkteam@selenefinance.com | Nov 20 2025 00:33:00 | Selene Finance, Attn: Bankruptcy, PO Box 8619, Philadelphia, PA 19101-8619 |
| 15024997 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 20 2025 00:41:24 | Synchrony Bank/Care Credit, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15024998 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 20 2025 00:53:07 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15024999 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 20 2025 00:40:26 | Synchrony Bank/Lowes, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

Case 25-12648-amc   Doc 36   Filed 11/21/25   Entered 11/22/25 00:38:28   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 19, 2025 | Form ID: 155 | Total Noticed: 41 |

| 15025001 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 20 2025 00:34:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
|---|---|---|---|
| 15025004 | Email/Text: Bankruptcy@wsfsbank.com | Nov 20 2025 00:34:00 | WSFS Bank, 500 Delaware Ave, Wilmington, DE 19801-1490 |
| 15025003 + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Nov 20 2025 00:51:46 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2025          Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Joint Debtor Jeanne Focht-Bhasin help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Debtor Anil K Bhasin help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MILOS GVOZDENOVIC | on behalf of Creditor American Heritage Credit Union mgvozdenovic@weltman.com   pitecf@weltman.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| SHERRI DICKS | on behalf of Creditor Federal Home Loan Mortgage Corporation sdicks@raslg.com   shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>　Anil K Bhasin<br><br>　Jeanne Focht−Bhasin<br><br>　Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25−12648−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

　**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

　**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

　**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

　**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: November 19, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court