**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>**Anil K Bhasin,**<br>     Debtor .<br>**Jeanne Focht-Bhasin,**<br>     Joint Debtor.<br>FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST,<br>     Movant,<br>          v.<br>**Anil K Bhasin,**<br>     Debtor/Respondent,<br>**Jeanne Focht-Bhasin,**<br>     Joint Debtor/Respondent,<br>SCOTT F. WATERMAN,<br>     Trustee/Respondent. | Bankruptcy No. 25-12648-amc<br><br>Chapter 13<br><br>Hearing Date: 12/17/2025<br>Hearing Time: 11:00 A.M.<br>Location: 900 Market Street, Suite 204, Philadelphia, PA 19107<br>Courtroom Number #4 |

**MOTION OF FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST FORECLOSURE OF 12802 GALDI LANE PHILADELPHIA PA 19154**

FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST ("Movant"), by and through the undersigned counsel, hereby moves this Court, pursuant to 11 U.S.C. § 362(d) of the United States Bankruptcy Code ("Code") for a modification of the automatic stay provisions of the Code for cause, and, in support thereof, states the following:

1. Anil K Bhasin and Jeanne Focht-Bhasin ("Debtor"), filed a Voluntary Petition pursuant to Chapter 13 of the United States Bankruptcy Code ("Code") on June 30, 2025.

2. Jurisdiction of this cause is granted to the United States Bankruptcy Court ("Court") pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362(d), Fed. R. Bankr. P. 4001(a), and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.

3. On November 5, 2011, Jeanne Focht-Bhasin executed and delivered a Promissory Note ("Note") and Anil Bhasin and Jeanne Focht-Bhasin executed and delivered Mortgage ("Mortgage") securing payment of the Note in the amount of $188,000.00 in favor of Array Financial Group, Inc., a Corporation. A true and correct copy of the Note is attached hereto as Exhibit "A".

4. The Mortgage was recorded on November 14, 2011 at Instrument number 52411806 of the Public Records of Philadelphia County, PA and then re-recorded on December 15, 2011 at Instrument number 52424309. A true and correct copy of the Mortgage is attached hereto as Exhibit "B".

5. The Mortgage was secured as a lien against the real property located at 12802 Galdi Lane, Philadelphia, PA 19154, (the "Property").

6. The parties entered into a Loan Modification ("Agreement") on August 22, 2022, creating a new principal balance of $180,388.48. A true and correct copy of the Agreement is attached hereto as Exhibit "C".

7. The loan was last assigned to FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST and same recorded with the Philadelphia County Recorder of Deeds on May 20, 2024, at Instrument Number 54301279. A true and correct copy of the Assignment of

Mortgage is attached hereto as Exhibit "D".

8. Based upon the Debtor(s)' Chapter 13 Second Amended Plan ("Plan") (at Docket No. 30), the Debtor intends to cure pre-petition payment arrears due Movant through the Chapter 13 Plan and remains responsible for remitting all post-petition payments directly to Movant. A true and correct copy of the Chapter 13 Second Amended Plan is attached hereto as Exhibit "E".

9. Debtor failed to make monthly payments of principal, interest, and escrow in the amount of $1,533.67, which came due on September 1, 2025 through November 1, 2025, respectively, less suspense balance of $1,320.67.

10. Thus, Debtor(s)' post-petition arrears total $3,280.34 through November 30, 2025. By the time of hearing on this motion, Debtor will also be obligated to make additional monthly payments that become due beyond the period alleged above.

11. As of November 7, 2025, the unpaid principal balance due under the loan documents is $176,242.66. Movant's total claim amount, itemized below, is $203,015.47. *See* Exhibit "F".

| | |
|---|---|
| Principal Balance | $176,242.66 |
| Interest | $8,079.94 |
| Escrow Advance | $14,435.76 |
| Suspense Balance | (2,474.06) |
| Total Fees | $15.00 |
| ACCUM Late Charges | $590.94 |
| ACCUM NSF Charges | $550.00 |
| Recoverable Balance | $5,575.23 |
| Total Payoff | $203,015.47 |

12. Debtor(s)' docketed schedules list the value of the Property as $336,800.00. A true and accurate copy of Debtor(s) Schedule A/B is attached hereto as Exhibit "G".

13. Under Section 362(d)(1) of the Code, the Court shall grant relief from the automatic stay

for "cause", which includes a lack of adequate protection of an interest in property. Sufficient "cause" for relief from the automatic stay under Section 362(d)(1) is established where a debtor failed to make installment payments or payments due under a court-approved plan on a secured debt or where Debtor(s) have no assets or equity in the mortgaged property.

14. As set forth herein, Debtor defaulted on the instant secured obligation by failing to tender monthly post-petition installment payments when they became due.

15. Secured Creditor further provides that its acceptance of partial payments in the instant matter shall not constitute waiver of Secured Creditor's rights to pursue any present or future default in the event the partial payments are not enough to cure the entire default.

16. As a result, cause exists pursuant to 11 U.S.C. § 362(d) of the Code for this Honorable Court to grant relief from the automatic stay to allow Movant, its successors and/or assigns to pursue its state court remedies, including the filing of an action in Mortgage Foreclosure, or if foreclosure is completed, immediately scheduling the Property for Sheriff Sale.

17. Further, once the automatic stay is terminated, Debtor(s) will have minimal motivation to insure, preserve, or protect the collateral Property; therefore, Movant requests that the Court waive the 14-day stay period imposed by Fed.R.Bankr.P. 4001(a)(4).

**WHEREFORE**, Movant prays this Honorable Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) to permit FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST to take any and all steps necessary to exercise any and all rights it may have in the collateral property described herein, gain possession of said collateral property, seek

recovery of reasonable attorney fees and costs incurred in this proceeding, waive the 14-day stay imposed under Fed.R.Bankr.P. 4001(a)(4), and for any such further relief as this Honorable Court deems just and appropriate.

Date: 11/26/2025

                              **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                              Attorneys for Movant
                              13010 Morris Rd., Suite 450
                              Alpharetta, GA 30004
                              Telephone: 470-321-7112
                              By: /s/ Michelle L. McGowan
                              Michelle L. McGowan
                              Email: mimcgowan@raslg.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br>Anil K Bhasin,<br>Jeanne Focht-Bhasin,<br><br>Debtor(s) | CHAPTER: 13<br><br><br><br>CASE NO.  25-12648-amc |

## VERIFICATION

Property Address:
12802 Galdi Lane, Philadelphia, PA 19154

Mortgage Servicer:
Selene Finance LP

Post-petition mailing address for Debtor(s) to send payment:
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Mortgagor(s)/Debtor(s):
Anil K Bhasin,
Jeanne Focht-Bhasin,

Payments are contractually due:

☒ Monthly  ☐ Semi-monthly   ☐ Bi-weekly   ☐ Other

Each Monthly Payment is comprised of:
Principal and Interest.....    $739.95
R.E. Taxes......................    $0.00
Insurance.......................    $0.00
Late Charge...................    $0.00
Other............................    $793.72    (Specify: Escrow)
**TOTAL**........................    $1,533.67

**POST-PETITION PAYMENTS** (Petition was filed on June 30, 2025)

| Date Received | Amount Received | Payment Amount Due | Payment Date Applied to | Amount to/from Suspense | Check Number |
|---|---|---|---|---|---|
| 07/22/2025 | $1,097.00 | $1,533.67 | | $1,097.00 | N/A |
| 08/13/2025 | $1,097.00 | $1,533.67 | 07/01/2025 | $660.33 | N/A |
| 09/30/2025 | $1,097.00 | $1,533.67 | 08/01/2025 | $223.66 | N/A |
| 10/31/2025 | $1,097.01 | $1,533.67 | | $1,320.67 | N/A |
| DUE | | $1,533.67 | 09/01/2025 | $1,320.67 | N/A |
| DUE | | $1,533.67 | 10/01/2025 | $1,320.67 | N/A |
| DUE | | $1,533.67 | 11/01/2025 | $1,320.67 | N/A |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: 3 as of November 7, 2025.
TOTAL AMOUNT OF POST-PETITION ARREARS: $3,280.34 as of November 7, 2025.

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746 that the statements in the foregoing Pleading are true and correct to the best of my information, knowledge and belief.

Dated: NOV 25 2025

Selene Finance LP
Mortgage Company

Christine Le
Bankruptcy Specialist
(Print Name and Title)

Jacksonville    FL
Location                                Signature

25-12648-amc
25-325883
MFR