# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:** <br><br> **Anil K Bhasin,** <br>      Debtor. <br> **Jeanne Focht-Bhasin,** <br>      Joint Debtor. <br> **FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST,** <br><br>      Movant, <br><br>           v. <br> **Anil K Bhasin,** <br>       Debtor/Respondent, <br> **Jeanne Focht-Bhasin,** <br>       Joint Debtor/Respondent, <br> **SCOTT F. WATERMAN,** <br>       Trustee/Respondent. | **Bankruptcy No. 25-12648-amc** <br><br> **Chapter 13** |

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, this         day of          , 2025, upon consideration of FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and this Court's finding that the collateral property is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the United States Bankruptcy Code are hereby unconditionally terminated with respect to FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST; and it is further

ORDERED, that FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST, its successors and/or assigns are permitted to proceed with appropriate state court remedies against the real property located at 12802 Galdi Lane, Philadelphia, PA 19154, including without limitation, Sheriff Sale of the real property, and it is further

ORDERED that FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(4) is GRANTED.

BY THE COURT:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Judge