# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>**Anil K Bhasin,**<br>    Debtor .<br>**Jeanne Focht-Bhasin,**<br>    Joint Debtor.<br>**FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST,**<br><br>    Movant,<br><br>        v.<br>**Anil K Bhasin,**<br>    Debtor/Respondent,<br>**Jeanne Focht-Bhasin,**<br>    Joint Debtor/Respondent,<br>**SCOTT F. WATERMAN,**<br>    Trustee/Respondent. | Bankruptcy No. 25-12648-amc<br><br>Chapter 13<br><br>Hearing Date: 12/17/2025<br>Hearing Time: 11:00 A.M.<br>Location: 900 Market Street, Suite 204, Philadelphia, PA 19107<br>Courtroom Number #4 |

## CERTIFICATE OF SERVICE OF MOTION OF FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF MOTION

I, Michelle L. McGowan, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on November 26, 2025, I caused to be served copies of the Motion for Relief from the Automatic Stay and Notice of Motion upon the parties on the below Service List via First Class Mail, postage prepaid, and/or electronic mail, as indicated.

**Service List:**

Anil K Bhasin
12802 Galdi Ln
Philadelphia, PA 19154-1521

Jeanne Focht-Bhasin
12802 Galdi Ln
Philadelphia, PA 19154-1521

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107


Date: 11/26/2025

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorneys for Movant
13010 Morris Road, Suite 450
Alpharetta, GA  30004
Telephone: 470-321-7112
By: /s/ Michelle L. McGowan
Michelle L. McGowan
Email: mimcgowan@raslg.com

25-12648-amc
25-325883
MFR