# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIIA DIVISION

| | |
|---|---|
| In re:<br><br>Anil K Bhasin,<br>      Debtor,<br>Jeanne Focht-Bhasin,<br>      Joint Debtor.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST,<br>      Movant,<br>          v.<br>Anil K. Bhasin,<br>      Debtor/Respondent,<br><br>Jeanne Focht-Bhasin,<br>      Joint Debtor/Respondent,<br><br>SCOTT F. WATERMAN,<br>      Trustee/Additional Respondent. | Bankruptcy No. 25-12648-amc<br><br>Chapter 13<br><br>Hearing Date: 12/17/2025<br>Hearing Time: 11:00 A.M.<br>Location: 900 Market Street, Courtroom #4<br>Philadelphia, PA 19107 |

## **CERTIFICATE OF NO RESPONSE**

The undersigned counsel for Federal Home Loan Mortgage Corporation, As Trustee Of The Freddiemac SLST 2023-1 Participation Interest Trust ("Movant"), hereby certifies that the Court docket in this case was reviewed and no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") regarding 12802 Galdi Lane, Philadelphia, PA 19154 filed November 26, 2025 at Docket No. 38 appears thereon. It is hereby

respectfully requested that the Court enter the Order attached to the Motion.

Date:   December 16, 2025

          **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorneys for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Sherri R. Dicks
Sherri R. Dicks
PA Bar Number 90600
Email: sdicks@raslg.com