**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Anil K. Bhasin and Jeanne Focht-Bhasin,<br><br>　　　　　　　Debtors. | Case No. 25-12648-AMC<br>Chapter 13 |

### Debtor's Objection to Motion for Relief from Stay

**AND NOW**, Debtors Anil K. Bhasin and Jeanne Focht-Bhasin, by and through their attorney, hereby object to the Motion for Relief from Stay filed by Federal Home Loan Mortgage Corporation. The Debtors can cure the default, and as of December 2, 2025, are waiting to hear back from the Creditor's counsel about specifics for making the cure payment.

Date: December 16, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

### Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtors' Objection to Motion for Relief from Stay filed by Federal Home Loan Mortgage Corporation to be served on all parties on the clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: December 16, 2025

/s/ Michael A. Cibik
Michael A. Cibik