IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                          :
                                                :      Chapter 13
                                                :
      Anil K Bhasin                              :
          -and-                                 :
      Jeanne Focht-Bhasin,                       :
                                                :
                                                :      Case No.  25-12648 (AMC)
                              Debtor.            :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW CLAIM

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Claim No. 16, filed by the City of Philadelphia on December 22, 2025.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: February 20, 2026

By: /s/ *Megan N. Harper*
MEGAN N. HARPER
Divisional Deputy City Solicitor
PA Attorney I.D. 81669
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595
215-686-0503 (phone)
Email: Megan.Harper@phila.gov