**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Anil K Bhasin,<br>　　　　Debtor,<br>Jeanne Focht-Bhasin,<br>　　　　Joint Debtor.<br>FEDERAL HOME LOAN MORTGAGE<br>CORPORATION, AS TRUSTEE OF THE<br>FREDDIEMAC SLST 2023-1 PARTICIPATION<br>INTEREST TRUST,<br>　　　　Movant,<br>　　　　　　v.<br>Anil K Bhasin,<br>　　　　Debtor/Respondent,<br>Jeanne Focht-Bhasin,<br>　　　　Joint Debtor/Respondent,<br>SCOTT F. WATERMAN,<br>　　　　Trustee/Respondent. | Bankruptcy No. 25-12648-amc<br><br>Chapter 13<br><br>Hearing Date: 12/17/2025<br>Hearing Time: 11:00 A.M.<br>Location: 900 Market Street, Courtroom<br>Number #4, Philadelphia, PA 19107 |

**STIPULATION RESOLVING MOTION FOR RELIEF FROM STAY**

　　　　FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE

FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST ("Secured Creditor" or "Movant"),

and  Anil K. Bhasin and Jeanne Focht-Bhasin, ("Debtor"), by and through the undersigned attorneys,

hereby stipulate as follows:

**I.　　BACKGROUND:**

1. On November 5, 2011, Jeanne Focht-Bhasin executed and delivered a Promissory Note ("Note")

and Mortgage ("Mortgage") securing payment of the Note in the amount of $188,000.00.

2. The Mortgage was recorded on November 14, 2011 with the Philadelphia County Recorder of Deeds.

3. The Mortgage was secured as a lien against the real property located in Philadelphia County commonly known as 12802 Galdi Lane, Philadelphia, PA 19154 (the "Property").

4. The Note and Mortgage were last assigned to FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST.

5. Debtors defaulted under the terms of the Note and Mortgage by failing to make monthly post-petition payments of principal, interest and escrow when they became due.  As of February 20, 2026, the post-petition arrears owed Movant is $3,798.07 and consists of mortgage payments for February 1, 2026 and March 1, 2026 in the amount of $1,533.67 each, attorney fees and costs in the amount of $1,549.00, less a suspense balance of $818.27.

6.  Thus, Debtors' post-petition arrears currently total $3,798.07.

7. Debtors further acknowledges that additional payments of principal, interest and escrow currently in the amount of $1,533.67 per month shall become due under the Note and Mortgage on the first (1st) day of each successive month, beginning April 1, 2026 until the Note is paid in full. Debtors further acknowledge that the monthly payment is subject to change and remain responsible for same.

8. FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST, and Debtors desire to resolve Debtor's post-petition arrears in accordance with the terms set forth below:

II.    **STIPULATION FOR RELIEF FROM STAY**

9. Debtors confirms and acknowledges their financial obligations to FEDERAL HOME LOAN

MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1

PARTICIPATION INTEREST TRUST under the Note and Mortgage.

10. Debtors further confirm and acknowledge their failure to make post-petition payments of

principal, interest and escrow in the amount of post-petition arrearage as set forth in Paragraphs 5

and 6 above.

11. Debtors further confirm and acknowledge their obligations and agree to make regular post-petition

payments of principal, interest and escrow going forward from April 1, 2026 as set forth in

Paragraph 7 above.

12. Debtors further agree to file an Amended Plan within ten (10) days of the entry of an Order

Approving this Stipulation that will include treatment of the post-petitions arrears owed to

FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE

FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST.  The Plan shall include

language that the post-petition arrears through  March 1, 2026 shall be paid over the remaining life

of the plan in payments by the Chapter 13 Trustee.  If required, FEDERAL HOME LOAN

MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1

PARTICIPATION INTEREST TRUST shall file a supplemental claim or amended proof of claim

reflecting the post-petition arrears through March 1, 2026.

Payments should be remitted to:

**Federal Home Loan Mortgage Corporation,**

**as Trustee of the Freddie Mac SLST 2023-1 Participation Interest Trust -**

**c/o Selene Finance LP 3501 Olympus Blvd., Suite 500 Dallas, TX  75019**

13. In the event that Debtors convert to a Chapter 7 bankruptcy during the pendency of this

bankruptcy case, the Debtors shall cure the pre-petition and post-petition arrears within ten (10)

days from date of conversion.  Should the Debtors fail to cure the arrears, FEDERAL HOME

LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1

PARTICIPATION INTEREST TRUST, will issue and serve upon Debtors' attorney written

notification of default ("Notice") of this Stipulation.  If the default is not cured within fifteen (15)

days of the Notice, FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE

OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST, may file a

Certification of Default with the Bankruptcy Court ("Court") and the Court shall enter an Order

granting relief from the Automatic Stay.

14. In the event the Debtors defaults on their obligations under this Stipulation by failing to comply

with the provisions as set forth above in Paragraph 11 and/or tender in full any of the payments

described in Paragraph 12, on or before the dates upon which they are due, then FEDERAL

HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST

2023-1 PARTICIPATION INTEREST TRUST, its successors and/or assigns shall serve attorney

for the Debtors via facsimile, electronic mail, and/or First Class Mail, postage prepaid, with

written notification of the default.  In the event that Debtor fails to cure the default within fifteen

(15) days of the date of the Notice, then, FEDERAL HOME LOAN MORTGAGE

CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION

INTEREST TRUST may file a Certification of Default with the Court and the Court shall enter an

Order granting relief from the Automatic Stay, where upon FEDERAL HOME LOAN

MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1

PARTICIPATION INTEREST TRUST, or its successors and/or assigns may exercise its rights

against the mortgaged property under the terms of this Stipulation without further notice to Debtor

or the Order of this Court.  If Movant is required to issue a Notice of Default ("Notice"), the

Debtor shall pay $125.00 per Notice, as attorney fees, in addition to all funds required to fully cure the default prior to the expiration of the allowed cure period.

15. In addition, Debtors agree that they are not permitted more than two (2) defaults from the date of this Stipulation.  Debtors agree that if they default under the terms of this Stipulation more than two (2) times, then, without further notice, FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST, its successors and/or assigns may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, where upon FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST, its successors and/or assigns may exercise its rights against the mortgaged property under the terms of this Stipulation.

16. Neither FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST's consent to this Stipulation nor its acceptance of any payments tendered by or on behalf of Debtors shall be construed as a waiver of FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST's right to proceed with or commence a foreclosure other legal action against Debtors under this Stipulation.  However, FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST, agrees to credit the mortgage account of Debtors for all payments made in accordance with this Stipulation, the Note and/or Mortgage.

17. This Stipulation may only be modified by a revised Stipulation filed on the docket in the United States Bankruptcy Court ("Court").  No oral modifications are permitted and any allegation that

the Stipulation was modified orally will be disregarded as evidence. No written modifications are permitted, except for a revised Stipulation as filed on the docket in the Bankruptcy Court.

18. Debtors hereby certifies and confirms that they reviewed the terms of the Stipulation with their attorney, understand and agrees with the terms of this Stipulation, and authorizes their attorney to execute this Stipulation on their behalf.

IT IS HEREBY STIPULATED:

By: /s/ Sherri R. Dicks                                    Date: 3/17/2026
**SHERRI R. DICKS**
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
PA Bar No. 90600
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7113
Email: sdicks@raslg.com
Attorneys for Movant

/s/ Michael A. Cibik          _with express permission_      Date: 3/12/2026
**MICHAEL A. CIBIK**
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
215-735-1060
Email: help@cibiklaw.com

NO OPPOSITION:

/s/ Ann Swartz          _with express permission_            Date: 3/17/2026
**SCOTT F. WATERMAN [Chapter 13]**
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
(610) 779-1313