**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Anil K Bhasin,<br><br>      Debtor,<br><br>Jeanne Focht-Bhasin,<br><br>      Joint Debtor.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST,<br>      Movant,<br><br>        v.<br><br>Anil K Bhasin,<br><br>      Debtor/Respondent,<br><br>Jeanne Focht-Bhasin,<br><br>      Joint Debtor/Respondent,<br><br>SCOTT F. WATERMAN,<br><br>      Trustee/Respondent. | Bankruptcy No. 25-12648-amc<br><br>Chapter 13<br><br>Hearing Date: 12/17/2025<br>Hearing Time: 11:00 A.M.<br>Location: 900 Market Street, Courtroom Number #4, Philadelphia, PA 19107 |

## ORDER

AND NOW, this_____day of_, 2026, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Automatic Stay of FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT:

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge