**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Anil K Bhasin,<br><br>        Debtor,<br><br>Jeanne Focht-Bhasin,<br><br>        Joint Debtor.<br><br>FEDERAL HOME LOAN MORTGAGE<br><br>CORPORATION, AS TRUSTEE OF THE<br><br>FREDDIEMAC SLST 2023-1 PARTICIPATION<br><br>INTEREST TRUST,<br><br>        Movant,<br><br>                v.<br><br>Anil K Bhasin,<br><br>        Debtor/Respondent,<br><br>Jeanne Focht-Bhasin,<br><br>        Joint Debtor/Respondent,<br><br>SCOTT F. WATERMAN,<br><br>        Trustee/Respondent. | Bankruptcy No. 25-12648-amc<br><br>Chapter 13<br><br>Hearing Date: 12/17/2025<br>Hearing Time: 11:00 A.M.<br>Location: 900 Market Street, Courtroom<br>Number #4, Philadelphia, PA 19107 |

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on _____, 2026, I caused to be served a copy of the Stipulation Resolving Motion for Relief from Automatic Stay of  FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST via First Class Mail, postage prepaid, and/or electronic mail per the attached Service List.

**Service List**

**Anil K. Bhasin**
12802 Galdi Ln.
Philadelphia, PA 19154-1521

**Jeanne Focht-Bhasin**
12802 Galdi Ln.
Philadelphia, PA 19154-1521

**MICHAEL A. CIBIK**
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

**SCOTT F. WATERMAN**
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

**FREDERIC J. BAKER**
Assistant United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By: /s/Sherri R. Dicks
SHERRI R. DICKS