# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

|  |  |
|---|---|
| Anil K. Bhasin and<br>Jeanne Focht-Bhasin,<br><br>                    Debtors. | Case No. 25-12648-AMC<br>Chapter 13 |

### Debtors' Motion to Modify Chapter 13 Plan

**AND NOW**, Debtors Anil K. Bhasin and Jeanne Focht-Bhasin, by and through their attorney, move this Court for approval of a modified chapter 13 plan. In support of this motion, the Debtors state as follows:

1. The Debtors filed this case under Chapter 13 on June 30, 2025

2. The trustee in this case is Scott F. Waterman.

3. The plan was confirmed on November 19, 2025.

4. Creditor Federal Home Loan Mortgage Corporation recently filed a Motion for Relief From the Automatic Stay ("MFR") with respect to the Debtors' home stemming from missed post-petition payments.

5. Per the stipulation settling the MFR, the Debtors want to amend their plan to roll in the post-petition arrears.

6. The proposed plan cures the post-petition arrears listed in the MFR by increasing the Debtors' monthly plan payments moving forward.

7. The Debtors request that the Court enter an order approving the plan filed at ECF No. 46 as the new confirmed plan.

8. The Debtors have filed a supplemental Schedule J as evidence of the Debtor's ability to fund the new plan.

**NOW, THEREFORE**, the Debtors asks this Court to approve the modified plan and to grant such other relief in their favor as may be necessary and proper under the law.

Date: March 24, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com