**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Anil K. Bhasin and<br>Jeanne Focht-Bhasin<br><br>                              Debtors. | Case No. 25-12648-AMC<br>Chapter 13 |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtors' Motion to Modify the

confirmed Chapter 13 Plan (doc. # 47, the "Motion");

It is hereby **ORDERED** that

1)  The Motion is **GRANTED**; and

2)  The Modified Plan (doc. # 46) is **APPROVED**.


**Date:**                                          _____

                                                   Honorable Ashely M. Chan
                                                   Chief U.S. Bankruptcy Judge