United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Anil K Bhasin

Jeanne Focht-Bhasin

    Debtors

Case No. 25-12648-amc

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2

Date Rcvd: Mar 26, 2026      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Anil K Bhasin, Jeanne Focht-Bhasin, 12802 Galdi Ln, Philadelphia, PA 19154-1521 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Jeanne Focht-Bhasin help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Debtor Anil K Bhasin help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Federal Home Loan Mortgage Corporation  As Trustee Of The Freddiemac SLST 2023-1 Participation Interest Trust mimcgowan@raslg.com |
| MILOS GVOZDENOVIC | on behalf of Creditor American Heritage Credit Union mgvozdenovic@weltman.com  pitecf@weltman.com |
| SCOTT F. WATERMAN [Chapter 13] | |

District/off: 0313-2

User: admin

Page 2 of 2

Date Rcvd: Mar 26, 2026

Form ID: pdf900

Total Noticed: 1

ECFMail@ReadingCh13.com

SHERRI DICKS

on behalf of Creditor Federal Home Loan Mortgage Corporation sdicks@raslg.com  shrdlaw@outlook.com

SHERRI DICKS

on behalf of Creditor Federal Home Loan Mortgage Corporation  As Trustee Of The Freddiemac SLST 2023-1 Participation
Interest Trust sdicks@raslg.com, shrdlaw@outlook.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Anil K Bhasin,<br><br>    Debtor,<br><br>Jeanne Focht-Bhasin,<br><br>    Joint Debtor.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST,<br>    Movant,<br><br>        v.<br><br>Anil K Bhasin,<br><br>    Debtor/Respondent,<br><br>Jeanne Focht-Bhasin,<br><br>    Joint Debtor/Respondent,<br><br>SCOTT F. WATERMAN,<br><br>    Trustee/Respondent. | Bankruptcy No. 25-12648-amc<br><br>Chapter 13<br><br>Hearing Date: 12/17/2025<br>Hearing Time: 11:00 A.M.<br>Location: 900 Market Street, Courtroom Number #4, Philadelphia, PA 19107 |

**<u>ORDER</u>**

AND NOW, this_____day of_, 2026, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Automatic Stay of FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2023-1 PARTICIPATION INTEREST TRUST, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT:

**Date: March 26, 2026**

_____

Ashely M. Chan
Chief U.S. Bankruptcy Judge