Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Anil K Bhasin
12802 Galdi Ln
Philadelphia, PA 19154-1521

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-12648-AMC**

Petition Filed Date: 06/30/2025
341 Hearing Date: 08/08/2025
Confirmation Date: 11/19/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/27/2025 | $620.00 | | 09/29/2025 | $620.00 | | 10/27/2025 | $643.00 | |
| 12/02/2025 | $643.00 | | 12/30/2025 | $643.00 | | 01/28/2026 | $643.00 | |
| 03/10/2026 | $643.00 | | 03/27/2026 | $643.00 | | 04/27/2026 | $643.00 | |
| 05/11/2026 | $96.00 | | 05/28/2026 | $739.00 | | 06/29/2026 | $739.00 | |
| 07/27/2026 | $739.00 | | | | | | | |

**Total Receipts for the Period: $8,054.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $8,674.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $3,335.00 | $3,335.00 | $0.00 |
| 1 | CAPITAL ONE NA SUCCESSOR TO DISCOVER »» 001 | Unsecured Creditors | $523.74 | $0.00 | $523.74 |
| 2 | CAPITAL ONE NA SUCCESSOR TO DISCOVER »» 002 | Unsecured Creditors | $3,275.60 | $0.00 | $3,275.60 |
| 3 | PHILADELPHIA GAS WORKS »» 003 | Unsecured Creditors | $126.96 | $0.00 | $126.96 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC »» 004 | Unsecured Creditors | $585.05 | $0.00 | $585.05 |
| 5 | AMERICAN HERITAGE CREDIT UNION »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | SELENE FINANCE LP »» 006 | Mortgage Arrears | $23,992.14 | $3,932.05 | $20,060.09 |
| 7 | MIDLAND CREDIT MANAGEMENT INC »» 007 | Unsecured Creditors | $2,466.61 | $0.00 | $2,466.61 |
| 8 | MIDLAND CREDIT MANAGEMENT INC »» 008 | Unsecured Creditors | $3,019.90 | $0.00 | $3,019.90 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $2,718.90 | $0.00 | $2,718.90 |
| 10 | ASHLEY FUNDING SVCS LLC »» 010 | Unsecured Creditors | $41.58 | $0.00 | $41.58 |
| 11 | ASHLEY FUNDING SVCS LLC »» 011 | Unsecured Creditors | $92.57 | $0.00 | $92.57 |

**Chapter 13 Case No. 25-12648-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $3,648.12 | $0.00 | $3,648.12 |
| 14 | UNITED STATES TREASURY (IRS)<br>»» 14P | Priority Crediors | $253.67 | $253.67 | $0.00 |
| 15 | UNITED STATES TREASURY (IRS)<br>»» 14U | Unsecured Creditors | $49.41 | $0.00 | $49.41 |
| 16 | CITY OF PHILADELPHIA (LD)<br>»» 015 | Secured Creditors | $361.79 | $50.60 | $311.19 |
| 32 | JOSEPH MANN & CREED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | BIRD IN HAND BAKERY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | FIRST PREMIER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | FIRST PREMIER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | LANCASTER FARM FRESH | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | LEVITON LAW FIRM | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | PA TURNPIKE EZ PASS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | PENSKE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | RMP LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | SCHWARTZ & STAFFORD PA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | TRANSWORLD SYSTEM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | UNIFIN INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | UNIFUND | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | VERICORE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | VWI SUBROGATION INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | CITY OF PHILADELPHIA (LD)<br>»» 016 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 33 | SELENE FINANCE LP<br>»» 017 | Mortgage Arrears | $3,798.07 | $467.02 | $3,331.05 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,674.00 | Current Monthly Payment: | $739.00 |
| Paid to Claims: | $8,038.34 | Arrearages: | $0.00 |
| Paid to Trustee: | $626.96 | Total Plan Base: | $43,407.00 |
| Funds on Hand: | $8.70 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.